

January 9, 2023

**Russell L Porter**
212.915.5475 (direct)
Russell.Porter@wilsonelser.com

<u>**VIA ECF ONLY**</u>

Hon. Judge Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

> Application GRANTED.  The Court's January 8, 2024 Order, ECF No. 9, is hereby VACATED.  The Clerk is directed to terminate ECF No. 10.
>
> SO ORDERED.
>
> [signature]
>
> January 9, 2024

Re:   *Salustiano Sanabria v. Unfade Hair Studio, LLC, et. al.*
       Civil Action No.: 1:23-cv-10454-JMF

Dear Honorable Judge Furman:

We represent Unfade Hair Studio, LLC in the above-referenced matter ("Unfade"). Please accept this correspondence as Unfade's request to extend its time to respond to the Complaint in this matter through February 5, ~~2023~~ 2024. Counsel for Plaintiff consents to this request. In accordance with Your Honor's Individual Rules and Practices in Civil Cases, we provide the following information:

- Original date upon which Unfade's response to the Complaint was due: January 3, 2023;

- Number of requests for adjournment or extensions: 0;

- Whether previous requests were granted or denied: not applicable;

- Reason for request: we have just been retained and are currently investigating the facts and circumstances of the matter;

- Whether the adversary consents: yes; and

- Date of the parties' next schedule appearance before the Court: March 13, 2024 for an Initial Conference.

We thank the Court in advance for its time and consideration.

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY  |  Atlanta, GA  |  Austin, TX  |  Baltimore, MD  |  Beaumont, TX  |  Birmingham, AL  |  Boston, MA  |  Charlotte, NC  |  Chicago, IL  |  Dallas, TX  |  Denver, CO
Detroit, MI  |  Edwardsville, IL  |  Madison, NJ  |  Garden City, NY  |  Hartford, CT  |  Houston, TX  |  Jackson, MS  |  Las Vegas, NV  |  London, England  |  Los Angeles, CA
Louisville, KY  |  McLean, VA  |  Merrillville, IN  |  Miami, FL  |  Milwaukee, WI  |  Nashville, TN  |  New Orleans, LA  |  New York, NY  |  Orlando, FL  |  Philadelphia, PA  |  Phoenix, AZ
Raleigh, NC  |  San Diego, CA  |  San Francisco, CA  |  Sarasota, FL  |  Seattle, WA  |  Stamford, CT  |  St. Louis, MO  |  Washington, DC  |  West Palm Beach, FL  |  White Plains, NY

290233565v.1

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

/s
Russell L Porter

cc: All parties (via ECF)